## MOORE ET AL. *v.* SCHEPMAN ET AL.

[No. 22,218. Filed January 5, 1915. Rehearing denied April 13, 1915.]

From Jackson Circuit Court; *Joseph H. Shea,* Judge.

Action by Laura L. Moore and others against Mary Schepman and others. From a judgment for defendants, the plaintiffs appeal. *Affirmed.*

*O. H. Montgomery* and *T. H. Montgomery,* for appellants.
*John M. Lewis* and *Oren O. Swails,* for appellees.

ERWIN, C. J.—This was an action brought by appellants, for ejectment and to quiet title to real estate. The complaint is in one paragraph. To this complaint appellees filed joint and sepa-

rate answers.    On the trial by the court special findings were made and conclusions of law stated to the effect that the law was with the defendants, with judgment accordingly.

The facts presented are similar in all respects to the facts s t out and found by the court in *Mortimer* v. *Kessler* (1915), 58 In . App. 198, 107 N. E. 34, and the questions of law the same as decid 1 by this court in *Stone* v. *Elliott* (1914), 182 Ind. 454, 106 N. !. 710.    On the authority of those cases, the judgment is affirmed.